450 A.2d 193

Commonwealth v. Cheseroni, Appellant.

 Sub-
mitted February 24, 1982. A. Stephen Cohen, for appellant;
Frank T. Hazel, District Attorney, for Commonwealth, ap-
pellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is affirmed.